EHRLICH & CRAIG LLP
BENJAMIN MERCER-GOLDEN - #339525
benjamin@ehrlich-craig.com
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorney for Defendant Alphonce Little

**FILED**

AUG 20 2024

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ALPHONCE LITTLE, <br><br> Defendant. | Case No.: 4:23-cr-00306-JST <br><br> **ORDER GRANTING DEFENDANT ALPHONCE LITTLE'S RELEASE FROM UNITED STATES MARSHALS CUSTODY** |

**ORDER**

Following a hearing on August 20, 2024, the Court orders that Defendant Alphonce Little be released from the custody of the United States Marshals Service at Santa Rita Jail, to facilitate his timely transfer to the custody of the Napa County Sheriff's Office pursuant to an arrest warrant issued by the Superior Court of California, County of Napa.

IT IS SO ORDERED.

Dated: 8/20/2024

THE HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge

ORDER GRANTING DEFENDANT ALPHONCE LITTLE'S RELEASE FROM U.S. MARSHALS CUSTODY
CASE NO. 4:23-CR-00306-JST