EHRLICH & CRAIG LLP
BENJAMIN MERCER-GOLDEN - #339525
benjamin@ehrlich-craig.com
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorney for Defendant Alphonce Little

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    vs.<br><br>ALPHONCE LITTLE,<br><br>         Defendant. | Case No.: 4:23-cr-00306-JST<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

  The above matter is currently set for a status conference on Friday, January 10, 2025, at 9:30 a.m.  The parties, the United States Government and Defendant Alphonce Little, by and through their respective attorneys, request that the status conference in this matter be continued to Friday, January 17, 2025, at 9:30 a.m. Mr. Little's probation officer, United States Probation Officer Salvador Tinoco, also supports this continuance.

  As the parties reported to the Court at the last status conference held on November 15, 2024, the basis for Charge Six in the Amended Form 12 filed on July 30, 2024 is an alleged incident that has been referred by the Napa County Sheriff's Office to the Napa County District Attorney for a charging decision. *See* Dkts. 20, 28. The parties continue to await that decision; the Government has requested an update from the Napa County District Attorney but has yet to receive one. The parties request this short continuance so that they may provide a more complete update to the Court on the trajectory of this case. The proposed continuance will also allow the Government further time to request and receive additional discovery from the Napa County

District Attorney and for the parties to discuss a possible resolution of this matter or a plan for further litigation.

IT IS SO STIPULATED.

DATED:    January 9, 2025              Respectfully submitted,

*/s/ Benjamin Mercer-Golden*
Benjamin Mercer-Golden
Counsel for Defendant
ALPHONCE LITTLE

DATED:    January 9, 2025              */s/ Jillian Harvey*
Jillian Harvey
Assistant United States Attorney

**ORDER**

Based on the joint request of the parties, and for good cause shown, the Court HEREBY ORDERS that Defendant Alphonce Little's status conference, currently set for Friday, January 10, 2025, at 9:30 a.m., be continued to Friday, January 17, 2025, at 9:30 a.m.

IT IS SO ORDERED.

Dated: January 9, 2025

THE HONORABLE JON S. TIGAR
United States District Judge

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE
*UNITED STATES V. ALPHONCE LITTLE,* 23-CR-306-JST